UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph Norgren,<br><br>Plaintiff,<br><br>vs.<br><br>Minnesota Department of Human Services, and Commissioner Jodi Harpstead, in her individual capacity,<br><br>Defendants. | Court File No.  22-CV-00489 (ADM/HB)<br><br>**DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT** |

TO:  PLAINTIFF Joseph Norgren, and his attorneys, ECKLAND & BLANDO LLP, Daniel J. Cragg, Anne St. Amant, 800 Lumber Exchange Building, 10 South Fifth Street, Minneapolis, Minnesota 55402; and UPPER MIDWEST LAW CENTER, Douglas P. Seaton, James V. F. Dickey, 8421 Wayzata Boulevard, Suite 300 Golden Valley, Minnesota 55426

Defendants Minnesota Department of Human Services and Commissioner Jodi Harpstead, in her individual capacity, move the Court to dismiss Plaintiff's Amended Complaint for failure to state a claim upon which relief can be granted and for lack of subject matter jurisdiction.

This motion is made pursuant to Fed. R. Civ. P. 12(b)(1), (6) and 12(h)(3), and is based upon the files, records, and proceedings herein, including the memorandum of law filed and served herewith.

*Signature on Following Page*

2

Dated: May 11, 2022

KEITH ELLISON
Attorney General
State of Minnesota

/s/ Kathleen M. Ghreichi

KATHLEEN M. GHREICHI
Assistant Attorney General
Atty. Reg. No. 023834X

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2128
(651) 757-1490 (Voice)
(651) 297-2576 (Fax)
kathleen.ghreichi@ag.state.mn.us

ATTORNEY FOR DEFENDANTS

|#5228878-v1