UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph Norgren, | Court File No.  22-CV-00489 (ADM/HB) |
| Plaintiff, | |
| vs. | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| Minnesota Department of Human Services, and Commissioner Jodi Harpstead, in her individual capacity, | |
| Defendants. | |

TO:   The Clerk of District Court and All Counsel of Record:

PLEASE TAKE NOTICE that pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned, Janine Kimble, Assistant Attorney General, enters her appearance as counsel for Defendants in substitution for Assistant Attorney General Kathleen Ghreichi, who is withdrawing from this matter. All pleadings, notices and other documents should be directed to counsel as follows:

JANINE KIMBLE
Manager, Employment, Tort, PUC Division
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2128
(651) 757-1415 (Voice)
(651) 282-5832 (Fax)
janine.kimble@ag.state.mn.us

**Signature on Following Page**

| | |
|---|---|
| Dated:  December 5, 2022 | KEITH ELLISON<br>Attorney General<br>State of Minnesota<br><br>s/ Janine Kimble<br>JANINE KIMBLE<br>Assistant Attorney General<br>Atty. Reg. No. 0392032<br><br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota 55101-2131<br>(651) 757-1415 (Voice)<br>(651) 297-7206 (TTY)<br>janine.kimble@ag.state.mn.us<br><br>ATTORNEY FOR DEFENDANTS |
| Dated:  December 5, 2022 | KEITH ELLISON<br>Attorney General<br>State of Minnesota<br><br>s/ Kathleen Ghreichi<br>KATHLEEN M. GHREICHI<br>Assistant Attorney General<br>Atty. Reg. No. 023834X<br><br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota 55101-2128<br>(651) 757-1490 (Voice)<br>(651) 297-2576 (Fax)<br>kathleen.ghreichi@ag.state.mn.us<br><br>WITHDRAWING ATTORNEY |

|#5375958-v1